PER CURIAM.
Affirmed. Lucas v. Evans, 453 So.2d 141, 142 (Fla.1st DCA 1984); Braun v. Intercontinental Bank, 452 So.2d 998, 999 (Fla. 3d DCA 1984), pet. for review denied, 462 So.2d 1106 (Fla.1985); Global Contact Lens, Inc. v. Knight, 254 So.2d 807, 809-10 (Fla. 3d DCA 1971), cert. denied, 260 So.2d 520 (Fla.1972), appeal following remand, 319 So.2d 622 (Fla. 3d DCA 1975), cert. denied, 336 So.2d 1182 (Fla.1976).